UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eli Adams, an individual, and
Reyna Balboa, an individual,

Plaintiffs,

v.

Peter Innes, an individual,

Defendant.

Court File No. 0:26-cv-2415

**STATEMENT THAT ENTIRE
DOCUMENT IS CONFIDENTIAL OR
IMPRACTICABLE TO REDACT**

Exhibit A to the Complaint for Declaratory Relief and Breach of Contract submitted

at Dkt. 1-1 is filed under temporary seal under Local Rule 5.6 as it is impractical to redact

the document as large portions of it are confidential.

200091185v1

Dated: April 29, 2026

**TAFT STETTINIUS & HOLLISTER LLP**

By: */s/ Andrew S. Dosdall*

    Andrew S. Dosdall, Bar No. 0391076
    ADosdall@Taftlaw.com
2200 IDS Center 80 South 8th Street
Minneapolis, MN  55402-2210
Telephone:  (612) 977-8400
Facsimile:    (612) 977-8650

and

Joseph M. Levy, OSB #231905 (*Pro Hac Vice* Forthcoming)
JosephLevy@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

*Attorneys for Plaintiffs*
*Eli Adams and Reyna Balboa*

2

200091185v1