UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Eli Adams, an individual, and Reyna Balboa, an individual, | Court File No. _____ |
| Plaintiffs, | **MOTION REGARDING CONTINUED SEALING** |
| v. | |
| Peter Innes, an individual, | |
| Defendant. | |

Pursuant to Local Rule 5.6(e)(3), plaintiffs Eli Adams and Reyna Balboa respectfully move the Court for an order maintaining under seal the narrowly redacted portions of their Complaint that disclose confidential terms of the June 29, 2025 Forsaken Transfer Agreement between the parties and the complete sealing of Exhibit A attached to the complaint.

Dated: April 29, 2026

**TAFT STETTINIUS & HOLLISTER LLP**

By: */s/ Andrew S. Dosdall*
    Andrew S. Dosdall, Bar No. 0391076
    ADosdall@Taftlaw.com
2200 IDS Center 80 South 8th Street
Minneapolis, MN  55402-2210
Telephone:  (612) 977-8400
Facsimile:   (612) 977-8650

and

Joseph M. Levy, OSB #231905 (*Pro Hac Vice* Forthcoming)
JosephLevy@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

*Attorneys for Plaintiffs*
*Eli Adams and Reyna Balboa*

2