UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eli Adams, an individual, and
Reyna Balboa, an individual,

        Plaintiffs,

   v.

Peter Innes, an individual,

        Defendant.

Court File No. 0:26-cv-02415 (JMB/SGE)

**ORDER GRANTING CONTINUED
SEALING OF COMPLAINT**

The above-captioned matter came before the Court on Plaintiffs Eli Adams and Reyna Balboa's Motion Regarding Continued Sealing.

Pursuant to Local Rule 5.6(e)(3), the Court hereby enters the following order:

1.     The Motion is GRANTED.

2.     The unredacted version of the First Amended Complaint and the exhibits thereto are to remain under seal.

IT IS SO ORDERED.

Dated: _____, 2026

**BY THE COURT:**

_____
Shannon G. Elkins
United States Magistrate Judge