# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Eli Adams, an individual, and
Reyna Balboa, an individual,

      Plaintiffs,

v.

Peter Innes, an individual,

      Defendant.

Court File No. 0:26-cv-02415 (JMB/SGE)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Erin Westbrook of Saul Ewing LLP hereby notifies the court and counsel that she will appear as counsel for Defendant Peter Innes in the above-captioned action. Please include her on all notifications and other papers served and/or filed in this action at the email and address stated below.

Dated:  June 11, 2026

**SAUL EWING LLP**

*/s/ Erin Westbrook*
Erin Westbrook (MN #0393072)
90 South Seventh Street, Suite 3900
Minneapolis, MN  55402
612-225-2946
erin.westbrook@saul.com

*Attorneys for Defendant Peter Innes*