**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Eli Adams, an individual, and Reyna Balboa, an individual, | Court File No. 0:26-cv-02415 (JMB/SGE) |
| Plaintiffs, | |
| v. | |
| Peter Innes, an individual, | **DEFENDANT'S**<br>**LOCAL RULE 7.1 WORD COUNT**<br>**COMPLIANCE CERTIFICATE** |
| Defendant. | |

---

I, Erin Westbrook, certify that Defendant Peter Innes's Memorandum of Law in Opposition to Plaintiffs' Motion for Continued Sealing complies with Local Rules 7.1(f) and 7.1(h).

I further certify that, when preparing this memorandum, I used Microsoft Word for Microsoft 365 and set all text in font size 13. This memorandum contains 1,338 words, which includes all text, including headings, footnotes, and quotations.

Dated:  June 11, 2026

Respectfully submitted,

*/s/ Erin Westbrook*
Erin Westbrook (MN #0393072)
**SAUL EWING LLP**
90 South Seventh Street, Suite 3900
Minneapolis, MN  55402
(612) 225-2946
erin.westbrook@saul.com

and

Stephen A. Cazares (CAB #201864)
(Pro Hac Vice Forthcoming)
Jonathan Loiterman (OSB #170704)
IARDC#: 6297053
(Pro Hac Vice Forthcoming)
**FOUNDATION LAW GROUP LLP**
4100 W. Alameda Avenue, 3rd Floor
Burbank, CA 91505
(541) 930-2688
scazares@foundationlaw.com
jon.loiterman@foundationlaw.com

*Attorneys for Defendant Peter Innes*