# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Eli Adams, an individual, and**
**Reyna Balboa, an individual,**

Plaintiff(s),

vs.

Case No.  **0:26-cv-02415-JMB-SGE**

**Peter Innes, an individual,**

Defendant(s).

## MEET-AND-CONFER STATEMENT

I, (name)   **Joseph M. Levy**                                        , representing the

(party)   **Plaintiff(s)**                                        , hereby certify that:

I met and conferred with the opposing party by:

Meeting with:  **Jonathan Loiterman**                                        (party/parties
or attorney/attorneys you met with)

On: **July,**      **15th**  **2026**                (date you met and conferred)

Discussing the following motion:

**Plaintiffs' Motion to Dismiss Defendant's Affirmative Defenses and Counterclaims**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☐ Do **not** agree on the resolution of any part of the motion.

☑ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Defendant will amend his complaint on or before July 31, 2026, and the parties agreed to keep the November 10, 2026 hearing on the calendar for any motion to dismiss the Amended Complaint.

Signed this **23rd** day of **July,** **2026**

Signature of Party  */s/  Joseph M. Levy*

Mailing Address  **Markowitz Herbold PC**
**1455 SW Broadway, Suite 1900**
**Portland, OR  97201**

Telephone Number  **(503) 295-3085**

Note:  All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).