UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eli Adams, an individual, and
Reyna Balboa, an individual,

Plaintiffs and
Counterclaim Defendants,

v.

Peter Innes, an individual,

Defendant and
Counterclaim Plaintiff.

Court File No. 0:26-cv-02415-JMB-SGE

**PLAINTIFFS ELI ADAMS AND REYNA BALBOA'S MOTION FOR PARTIAL DISMISSAL OF COUNTERCLAIMS**

Adams and Balboa move to dismiss Count VIII (fraud); the portion of Count II (rescission) that alleges fraud; a portion of Count XIII (defamation); Count IV (breach of bailment); Count IX (conversion of Forsaken Discord Servers); Count X (conversion of Forsaken Roblox Group and operating accounts); Count XI (conversion of Spectre Account); and Count XVII (accounting). No facts are pleaded to support such claims that, if proven, would establish a right to the relief sought. Those claims should therefore be dismissed. Fed. R. Civ. P. 12(b)(6).

This Motion is based upon all the files, records and proceedings herein, upon the Memorandum of Law in support of this Motion, and the arguments of counsel.

Dated: September 22, 2026. **TAFT STETTINIUS & HOLLISTER LLP**

By: *s/ Andrew S. Dosdall*

Andrew S. Dosdall, Bar No. 0391076
ADosdall@Taftlaw.com
2200 IDS Center 80 South 8th Street
Minneapolis, MN 55402-2210
Telephone: (612) 977-8400
Facsimile: (612) 977-8650

and

Joseph M. Levy, OSB #231905 (*Pro Hac Vice*)
JosephLevy@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105

*Attorneys for Plaintiffs*
*Eli Adams and Reyna Balboa*