UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eli Adams, an individual, and
Reyna Balboa, an individual,

Plaintiffs and
Counterclaim Defendants,

v.

Peter Innes, an individual,

Defendant and
Counterclaim Plaintiff.

Court File No. 0:26-cv-02415-JMB-SGE

**[PROPOSED] ORDER ON PLAINTIFFS ELI ADAMS AND REYNA BALBOA'S MOTION FOR PARTIAL DISMISSAL OF COUNTERCLAIMS**

This matter came before the Court upon Plaintiffs/Counterclaim Defendants Eli Adams and Reyna Balboa's ("Plaintiffs") motion for partial dismissal of Defendant/Counterclaim Plaintiff Peter Innes's ("Defendant") counterclaims. Based upon the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Partial Dismissal of Counterclaims is hereby GRANTED.

2. Count VIII (fraud); the portion of Count II (rescission) that alleges fraud; a portion of Count XIII (defamation); Count IV (breach of bailment); Count IX (conversion of Forsaken Discord Servers); Count X (conversion of Forsaken Roblox Group and operating accounts); Count XI (conversion of Spectre Account); and Count XVII (accounting) of Defendant's Counterclaims are DISMISSED with prejudice.

Dated: ______________________

By the Court:

___________________________________
Honorable Jeffrey M. Bryan
U.S. District Judge