**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Eli Adams, an individual, and Reyna Balboa, an individual,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>Peter Innes, an individual,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and<br><br>EHA Consulting, LLC, a Louisiana limited liability company,<br><br>Additional Counterclaim Defendant. | Court File No. 0:26-cv-02415 (JMB/SGE)<br><br>**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Jonathan B. Loiterman, certify that DEFENDANT AND COUNTERCLAIM PLAINTIFF PETER INNES' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL DISMISSAL OF COUNTERCLAIMS complies with the length limitation imposed by Local Rule 7.1(f) and the type-size limitation imposed by Local Rule 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft Word for Mac, version 16.91, and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the following word count.

I further certify that the above-referenced memorandum contains 7,576 words.

Dated: October 13, 2026

FOUNDATION LAW GROUP LLP

/s/ Jonathan B. Loiterman
Jonathan B. Loiterman (pro hac vice)
Stephen A. Cazares (pro hac vice)
4100 Alameda Avenue, 3rd Floor
Burbank, California 91505
(541) 930-2688
jon.loiterman@foundationlaw.com
scazares@foundationlaw.com

and

SAUL EWING LLP
Erin Westbrook (MN #0393072)
90 South Seventh Street, Suite 3900
Minneapolis, MN 55402
612-225-2946
erin.westbrook@saul.com

Attorneys for Defendant and
Counterclaim Plaintiff Peter Innes